UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

"IN ADMIRALTY"

Bunkers International Corporation,

    Plaintiff,

vs.

M/V ANASAZI, its engines, tackle and apparel,

The Bunkers Aboard the
M/V ANASAZI,

    Defendants *in rem*,

AHL Shipping Company,

    Defendant *in personam*,

and

The Master of the M/V ANASAZI,

Moran Shipping Agencies, Inc.
Moran Gulf Shipping Agencies, Inc.
NuStar Energy, Inc.
NuStar Energy Services, Inc.

    Garnishees.

CASE NO. 3:10-cv-315-J-32TEM

---

### ORDER AUTHORIZING
### WARRANTS FOR ARREST OF VESSEL AND BUNKERS AND
### FOR ISSUE OF PROCESS OF MARITIME GARNISHMENT AND ATTACHMENT

Upon reading the verified Complaint and related motion and memorandum for issue of warrants of arrest and writs of maritime garnishment, and good cause appearing therefore, it is by this Court:

**ORDERED** pursuant to Supplemental Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 7.02(c)(1) that the Clerk issue a warrant for the arrest of the vessel M/V ANASAZI, its engines, tackle and apparel ("Vessel"); and it is further

**ORDERED** pursuant to Supplemental Rule D of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 7.02(c)(1) that the Clerk issue a warrant for the arrest of the bunkers (marine fuel) aboard the vessel M/V ANASAZI ("Vessel"); and it is further

**ORDERED** that cargo aboard the M/V ANASAZI may be discharged, however, no cargo may be loaded aboard the M/V ANASAZI; and it is further

**ORDERED** pursuant to Supplemental Rule (B)(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule 7.02(c)(1) that the Clerk issue writs of maritime attachment and garnishment; and it is further

**ORDERED** that, pursuant to Supplemental Rule B, the Clerk may on application of plaintiffs issue supplemental process for issue of further writs of maritime attachment and garnishment without further order of the Court; and it is further

**ORDERED** that any person claiming an interest in the property arrested, garnished or attached pursuant to the warrants and writs hereby issued may, upon a showing of any improper practice or a manifest want of equity on the part of the plaintiff, be entitled to an order requiring plaintiff to show cause forthwith why such arrest, garnishment or attachment should not be vacated or other relief granted; and it is further

**ORDERED**, that following initial service by the United States Marshal or other

designated process server upon each garnishee. supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by way of facsimile transmission or email to each garnishee and, it is further

**ORDERED,** that service on any garnishee as described above is deemed continuous throughout the day from the time of such service through the opening of the garnishee's business the next business day; and. it is further

**ORDERED,** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means; and. it is further

**ORDERED** that a copy of this order be attached and served with the said process of arrest and of the process for garnishment and attachment.

Done and Ordered at Jacksonville. Florida this ___15th___ day of April, 2010.

_____
THOMAS E. MORRIS
United States Magistrate Judge