UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

"IN ADMIRALTY"

Bunkers International Corporation,

    Plaintiff,

v.

M/V ANASAZI, its engines, tackle and apparel,

The Bunkers Aboard the
M/V ANASAZI,

    Defendants *in rem*,

AHL Shipping Company,

    Defendant *in personam*,

and

The Master of the M/V ANASAZI,

Moran Shipping Agencies, Inc.
Moran Gulf Shipping Agencies, Inc.
NuStar Energy, Inc.
NuStar Energy Services, Inc.

    Garnishees.

CASE NO.: 3:10-cv-315-J-32TEM

---

### NOTICE OF ACTION IN REM AND ARREST OF VESSEL

    In accordance with Supplemental Rule (C)(4) for Certain Admiralty and Maritime Action of the Federal Rules of Civil Procedure, and Local Admiralty Rule 7.03(d), notice is hereby given of the arrest of M/V ANASAZI, in accordance with a Warrant of Arrest issued on April 15, 2010.

    Pursuant to Supplemental Rule (C)(6), and Local Admiralty Rule 703(f), any person

having a claim against the vessel and/or property shall file a claim with the Court not later than fourteen (14) days after process has been effected, and shall file an answer within twenty-one (21) days form the date of filing their claim.

DATED at Jacksonville, Florida, this 21st day of April, 2010.

/s/ Deborah R. Reid
_____
Lindsey C. Brock III
Fla Bar #971669
Deborah R. Reid
Fla Bar #0012871
Rumrell, Costabel, Warrington & Brock, LLP
9995 Gate Parkway North-Suite 190
Jacksonville, Florida 32246
(904) 996-1100
(904) 996-1120 (facsimile)

OF COUNSEL
J. Stephen Simms
John T. Ward
M. Scotland Morris
Simms Showers LLP
Suite 702
20 South Charles Street
Baltimore, Maryland 21201
Telephone: 410-783-5795
Facsimile: 410-510-1789

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2010, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.

/s/ Deborah R. Reid
_____
Lindsey C. Brock III
Fla Bar #971669
Deborah R. Reid
Fla Bar #0012871
Rumrell, Costabel, Warrington & Brock, LLP