U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>ENJET, LLC, | COURT CASE NUMBER<br>3:10-cv-315-J-32TEM |
|---|---|
| DEFENDANT<br>M/V ANASAZI, a U.S. flagged cargo vessel, et al. | TYPE OF PROCESS<br>Arrest in rem |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/V ANASAZI, a U.S. flagged cargo vessel, her boats, tackle, apparel and furniture, engines and appurtenances, et

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

NuStar Energy Terminal, 6531 Evergreen Avenue, Jacksonville, FL 32208

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Robert M. Dees, Esq.<br>Milam Howard Nicandri Dees & Gillam, P.A.<br>14 East Bay Street<br>Jacksonville, FL 32202<br>904/357-3660 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>904-502-8897 | DATE<br>4/15/10 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/16/10 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only if different than shown above)* | Date<br>4/20/2010 | Time<br>2:00 | ☐ am<br>☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$55.00 | Total Mileage Charges<br>including *endeavors*<br>$13.00 | Forwarding Fee | Total Charges<br>$68.00 | Advance Deposits<br>$500.00 | Amount owed to U.S. Marshal* or<br>(Amount of Refund*)<br>~~$0.00~~ |
|---|---|---|---|---|---|

REMARKS: *ATTACHED COPIES WITH ORIGINAL CASE ORDER TO BRIDGE OF VESSEL VIA BILL McGRAW, SUBSTITUTE CUSTODIAN.*

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80