# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290 FACSIMILE: (954) 602-9127

| | | Bill To: | Bunkers International Corp. |
|---|---|---|---|
| Date of Charges | 4/16/10-5/10/10 | | C/o Lindsey C. Brock |
| Type of Vessel: | 1958 Motor Tanker | | Rumrell, Costabel, Warrington & Brock, LLP |
| Size/NL Stock#: | 680' / 24543 | | 9995 Gateway Parkway |
| Vessel Name: | S/S Anasazi | | Jacksonville, Fl 32246 |
| | | | 904-996-1100, 904-996-1120 |
| | | | Case# 3:10-cv-315 |
| | | | Location: Jacksonville, Fl |

| Date | Description | Units | | Unit cost | | Amount | | Handling Fees | | Amount Billed |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/16/2010 | Mobilization, Coordination and Execution of Arrest | 1 | $ | 2,250.00 | $ | 2,250.00 | | | $ | 2,250.00 |
| 4/16/2010 | Port risk Insurance/hull coverage, 60 day minimum | 1 | $ | 13,500.00 | $ | 13,500.00 | $ | 2,025.00 | $ | 15,525.00 |
| 4/17/2010 | Pilots for move from NUSTAR to JAXPORT | 1 | $ | 1,690.00 | $ | 1,690.00 | $ | 253.50 | $ | 1,943.50 |
| 4/17/2010 | Tugs for move from NUSTAR to JAXPORT | 1 | $ | 9,200.00 | $ | 9,200.00 | $ | 1,380.00 | $ | 10,580.00 |
| 4/17/2010 | Line handlers for move from NUSTAR to JAXPORT | 1 | $ | 1,300.00 | $ | 1,300.00 | $ | 195.00 | $ | 1,495.00 |
| 4/17/2010 | Docking pilots for move from NUSTAR to JAXPORT | 1 | $ | 1,100.00 | $ | 1,100.00 | $ | 165.00 | $ | 1,265.00 |
| 4/16/2010 | Port agent first five days (4/16-4/20) | 1 | $ | 2,500.00 | $ | 2,500.00 | $ | 375.00 | $ | 2,875.00 |
| 4/17/2010 | JAXPORT security fee (one time fee, $2.90 per/ft) | 1 | $ | 1,972.00 | $ | 1,972.00 | $ | 295.80 | $ | 2,267.80 |
| 4/20/2010 | Air conditioning repair | 1 | $ | 1,400.00 | $ | 1,400.00 | $ | 210.00 | $ | 1,610.00 |
| 4/20/2010 | Crew provisions | 1 | $ | 2,100.00 | $ | 2,100.00 | $ | 315.00 | $ | 2,415.00 |
| 4/21/2010 | Water delivery truck fee | 1 | $ | 932.10 | $ | 932.10 | $ | 139.82 | $ | 1,071.92 |
| 4/22/2010 | Crew wage advance - 4/30/10 payroll | 1 | $ | 18,000.00 | $ | 18,000.00 | $ | 2,700.00 | $ | 20,700.00 |
| 4/22/2010 | Petty cash advance for incidentals to Bill McGraw | 1 | $ | 736.33 | $ | 736.33 | $ | 110.45 | $ | 846.78 |
| 4/27/2010 | Pilots for move from Berth 18 to Berth 31 JAXPORT | 1 | $ | 1,690.00 | $ | 1,690.00 | $ | 253.50 | $ | 1,943.50 |
| 4/27/2010 | Tugs for move from Berth 18 to Berth 31 JAXPORT | 1 | $ | 9,200.00 | $ | 9,200.00 | $ | 1,380.00 | $ | 10,580.00 |
| 4/27/2010 | Line handlers for move from 18 to Berth 31 JAXPORT | 1 | $ | 500.00 | $ | 500.00 | $ | 75.00 | $ | 575.00 |
| 4/27/2010 | Docking pilots for move from 18 to Berth 31 JAXPORT | 1 | $ | 650.00 | $ | 650.00 | $ | 97.50 | $ | 747.50 |
| 4/28/2010 | Crew provisions | 1 | $ | 2,200.00 | $ | 2,200.00 | $ | 330.00 | $ | 2,530.00 |
| 4/28/2010 | Garbage removal | 1 | $ | 427.00 | $ | 427.00 | $ | 64.05 | $ | 491.05 |
| 4/30/2010 | Port agent to draw cash from bank and conduct payday onboard vessel for crew. | 1 | $ | 600.00 | $ | 600.00 | $ | 90.00 | $ | 690.00 |
| 4/30/2010 | Crews wages (net of $18,000.00 advance) | 1 | $ | 114,480.01 | $ | 114,480.01 | | | $ | 114,480.01 |

Revised 5/10/2010

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290  FACSIMILE: (954) 602-9127

| Date of Charges | 4/16/10-5/10/10 | Bill To: | Bunkers International Corp. C/o Lindsey C. Brock, Rumrell, Costabel, Warrington & Brock, LLP, 9995 Gateway Parkway, Jacksonville, Fl 32246, 904-996-1100, 904-996-1120 |
| --- | --- | --- | --- |
| Type of Vessel: | 1958 Motor Tanker | | Case# 3:10-cv-315 |
| Size/NL Stock#: | 680' / 24543 | | Location: Jacksonville, Fl |
| Vessel Name: | S/S Anasazi | | |

| Date | Description | Qty | Rate | Amount | Total |
| --- | --- | --- | --- | --- | --- |
| 5/6/2010 | Crew member medical treatment, Jeremy Barrow, 3rd Mate, no insurance | 1 | $ 4,215.40 | $ 4,215.40 | $ 632.31 | $ 4,847.71 |
| 5/6/2010 | Legal services rendered with regard to MARAD's intervention S/S Anasazi arrest; Review various motions regarding intervention; Prepare for and attend Emergency Hearing on intervention and sale. | 6 | $ 190.00 | $ 1,140.00 | $ 171.00 | $ 1,311.00 |
| 5/6/2010 | Sales commission, 2% of first $600,000, 3% on remaining balance. Vessel sold for $1.2M | 1 | $ 30,000.00 | $ 30,000.00 | | $ 30,000.00 |
| 5/7/2010 | Fresh water for crew | 1 | $ 210.21 | $ 210.21 | $ 31.53 | $ 241.74 |
| 5/10/2010 | Water, invoice dates: 4/21, 4/27, 5/10 | 1 | $ 929.43 | $ 929.43 | $ 139.41 | $ 1,068.84 |
| 5/10/2010 | Port agent to draw cash from bank and conduct payday onboard vessel for crew. | 1 | $ 600.00 | $ 600.00 | $ 90.00 | $ 690.00 |
| 5/10/2010 | Crews wages (pay period 5/01-10/10) | 1 | $ 100,192.00 | $ 100,192.00 | $ 15,028.80 | $ 115,220.80 |
| **SUBTOTAL** | | | | | | $ 350,262.15 |
| **RECURRING EXPENSES** | | | | | | |
| 4/16/10-5/10/10 | USCG licensed Watchman | 25 | $ 425.00 | $ 10,625.00 | | $ 10,625.00 |
| 4/16/10-5/10/10 | Custody fee, $.50 per/ft/day, 678' = $339.00 per/day | 25 | $ 339.00 | $ 8,475.00 | | $ 8,475.00 |
| 4/17/10-5/10/10 | Dockage at JAXPORT, Dames Point Berth 18 & 31. Tariff - 678 x $11.04 per/ft/=day = $7485.12 per/day. Time of charges starts at 2000, 4/17/10. | 23 | $ 7,485.12 | $ 172,157.76 | $ 25,823.66 | $ 197,981.42 |
| 4/21/10-5/10/10 | Port agent ($200.00 per/day) | 20 | $ 200.00 | $ 4,000.00 | $ 600.00 | $ 4,600.00 |
| 4/17/10-4/27/10 | Pier Security guard service, (Port requirement) $25.00 per/hr = $600.00 per/day. | 11 | $ 600.00 | $ 6,600.00 | $ 990.00 | $ 7,590.00 |
| **SUBTOTAL** | | | | | | $ 229,271.42 |
| **TOTAL** | | | | | | $ 579,533.57 |
| **PAYMENTS** | | | | | | |
| 4/19/2010 | Payment by Bunkers International Corp. | 1 | $ (59,278.12) | | | $ (59,278.12) |

Revised 5/10/2010

# NATIONAL MARITIME SERVICES

1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290 FACSIMILE: (954) 602-9127

| | | Bill To: | Bunkers International Corp. |
|---|---|---|---|
| Date of Charges | 4/16/10-5/10/10 | | C/o Lindsey C. Brock |
| Type of Vessel: | 1958 Motor Tanker | | Rumrell, Costabel, Warrington & Brock, LLP |
| | | | 9995 Gateway Parkway |
| Size/NL Stock#: | 680' / 24543 | | Jacksonville, Fl 32246 |
| | | | 904-996-1100, 904-996-1120 |
| Vessel Name: | S/S Anasazi | | **Case# 3:10-cv-315** |
| | | | Location        Jacksonville, Fl |

| Date | Description | Qty | | Amount |
|---|---|---|---|---|
| 4/29/2010 | Payment by Bunkers International Corp. | 1 | $ | (175,000.00) |
| 5/5/2010 | Payment by Bunkers International Corp. made directly to JAXPORT. | 1 | $ | (75,000.00) |
| | | | | |
| **BALANCE DUE** | | | $ | 270,255.45 |
| | 1.5% finance charge on 30 day past due balance | | | |

Revised 5/10/2010