UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 10-CV-00315-TJC-TEM

BUNKERS INTERNATIONAL
CORPORATION,

      Plaintiff,

vs.

ENJET, LLC,

      Intervenor Plaintiff,

vs.

*M/V ANASAZI*, its engines, tackle
and apparel; THE BUNKERS ABOARD
THE *M/V ANASAZI*; AHL SHIPPING
COMPANY,

      Defendants,

vs.

THE MASTER OF THE *M/V ANASAZI*;
MORAN SHIPPING AGENCIES, INC.;
NUSTAR ENERGY, INC.; MORAN GULF
SHIPPING AGENCIES, INC.; NUSTAR
ENERGY SERVICES, INC.

      Garnishees.

_____/

## MOTION FOR FINAL PAYMENT OF EXPENSES IN *CUSTODIA LEGIS*

COMES NOW the Court-appointed Substitute Custodian, NATIONAL MARITIME

SERVICES, INC., and requests a final payment of expenses in *custodia legis* and as grounds

therefore states as follows:

1.      The expenses in *custodia legis* for the arrest of the *M/V Anasazi* were $267,796.18.

The final invoice for custodial expenses was filed with the Court on June 3, 2010. [D.E.116]. No

objections were made to the custodial expenses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 10, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Patrick E. Novak
PATRICK E. NOVAK
Florida Bar No.  838764
patrickn@admiral-law.com

# SERVICE LIST

**Deborah R. Reid, Esq.**
reid@rumrelllaw.com
**Lindsey C. Brock, III, Esq.**
brock@rumrelllaw.com
Rumrell, Costabel, Warrington & Brock, LLP
9995 Gate Pkwy N-Suite 190
Jacksonville, Florida 32246
Telephone: (904) /996-1100
Telefax: (904) 904/996-1120
**Attorney for Plaintiff**

**David Mankuta, Esq.**
dbm@atkinson-diner.com
Atkinson, Diner, Stone, Mankuta & Ploucha,
100 SE 3 Avenue-Suite 1400
Ft. Lauderdale, Florida 33394-0030
Telephone: (954) 925-5501
Telefax (954) 920-2711
**Attorneys for Intervenor Plaintiff**

**Patrick E. Novak, Esq.**
Florida Bar No.: 838764
patrickn@admiral-law.com
Horr, Novak & Skipp, P.A.
Datran Building-Suite 1104
9100 S. Dadeland Blvd.
Miami, Florida 33156
Telephone: (305) 670-2525
Telefax: (305) 670-2526
**Attorney for Substitute Custodian**

**Teri L. Donaldson, Esq.**
tdonaldson@ssd.com
Squire, Sanders & Dempsey, L.L.P.
215 S. Monroe Street, Suite 601
Tallahassee, FL 32301
Telephone: (850) 222-2300
Telefax: (850) 222-8410
**Attorneys for Vitol, Inc.**

**J. Stephen Simms, Esq.**
Pro Hac Vice
jssimms@simmsshowers.com
**John T. Ward, Esq.**
Pro Hac Vice
**M. Scotland Morris, Esq.**
Pro Hac Vice
kimberly.Holton@usdoj.gov
Simmns, Shower,s LLP
20 S. Charles Street-Suite 702
Baltimore, MD 21201
Telephone: (410) 783-5795

**Paul M. Renner, Esq.**
prenner@milamhoward.com
**Robert m. Dees, Esq.**
rdees@milamhoward.com
Milam, Howard, Nicandri, Dees
   & Gillam, P.A.
14 E. Bay Street
Jacksonville, Florida 32202
Telephone: (904) 357-3660
Telefax: (904) 357-3661
**Attorneys for Intervenor Plaintiff**

**Peter G. Meyer, Esq.**
Senior Trial Counsel
email: peter.meyer@usdoj.gov
**Michael W. Kerns, Esq.**
Trial Attorney
michael.kerns@usdoj.gov
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 14271
Washington, DC 20044-4271
Texas Bar No.: 14756600
Telephone: (202) 616-4043
Telefax: (202) 616-4159
**Attorneys for MARAD**

## SERVICE LIST CONT'D.

**Brian J. Cross, Esq.**
Squire, Sanders & Dempsey, LLP
215 S. Monroe Street, Suite 601
Tallahassee, FL 32301
Telephone: (850) 222-2300
Telefax: (850) 22208410
**Attorneys for MARAD**
Attorneys for Garnisshee - Vitol, Inc.

**NATIONAL MARITIME SERVICES**
1916 SOUTHWEST 21ˢᵀ AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290 FACSIMILE: (954) 602-9127

| Date of Charges | 4/16/10-5/11/10 | | | Bill To: | | | Bunkers International Corp. |
|---|---|---|---|---|---|---|---|
| Type of Vessel: | 1958 Motor Tanker | | | | | | C/o Lindsey C. Brock |
| Size/NL Stock#: | 660' / 24543 | | | | | | Rumrell, Costabel, Warrington & Brock, LLP |
| Vessel Name: | S/S Anasazi | | | | | | 9995 Gateway Parkway |

Jacksonville, Fl 32246
904-998-1100, 904-998-1120
Case# 3:10-cv-315
Location    Jacksonville, Fl

| Date | Description | Units | Unit cost | Amount | Handling Fees | Amount Billed |
|---|---|---|---|---|---|---|
| 4/16/2010 | Mobilization, Coordination and Execution of Arrest | 1 | $ 2,250.00 | $ 2,250.00 | | $ 2,250.00 |
| 4/16/2010 | Port risk insurance/hull coverage, 60 day minimum | 1 | $ 13,500.00 | $ 13,500.00 | $ 2,025.00 | $ 15,525.00 |
| 4/17/2010 | Port agent fee for shift from NUSTAR to JAXPORT | 1 | $ 350.00 | $ 350.00 | $ 52.50 | $ 402.50 |
| 4/17/2010 | St. Johns River pilots, NUSTAR to Dames Point | 1 | $ 812.13 | $ 812.13 | $ 121.82 | $ 933.95 |
| 4/17/2010 | Tugs for move from NUSTAR to JAXPORT | 1 | $ 9,197.60 | $ 9,197.60 | $ 1,379.64 | $ 10,577.24 |
| 4/17/2010 | Docking pilots for move from NUSTAR to JAXPORT | 1 | $ 1,046.12 | $ 1,046.12 | $ 156.92 | $ 1,203.04 |
| 4/16/2010 | Port agent first five days (4/16-4/20) | 1 | $ 2,500.00 | $ 2,500.00 | $ 375.00 | $ 2,875.00 |
| 4/17/2010 | JAXPORT security fee (one time fee, $2.90 per/ft) | 1 | $ 1,986.20 | $ 1,986.20 | $ 294.93 | $ 2,281.13 |
| 4/20/2010 | Air conditioning repair | 1 | $ 1,964.68 | $ 1,964.68 | $ 294.70 | $ 2,259.38 |
| 4/20/2010 | Crew provisions | 1 | $ 1,660.54 | $ 1,660.54 | $ 249.08 | $ 1,909.62 |
| 4/20/2010 | Ships supplies | 1 | $ 419.30 | $ 419.30 | $ 62.90 | $ 482.20 |
| 4/21/2010 | Water delivery by Carry trucking | 1 | $ 756.44 | $ 756.44 | $ 113.47 | $ 869.91 |
| 4/22/2010 | Crew wage advance - 4/30/10 payroll | 1 | $ 18,000.00 | $ 18,000.00 | $ 2,700.00 | $ 20,700.00 |
| 4/22/2010 | Agency cash delivery fee | 1 | $ 250.00 | $ 250.00 | $ 37.50 | $ 287.50 |
| 4/22/2010 | Petty cash advance for incidentals to Bill McGraw | 1 | $ 736.33 | $ 736.33 | $ 110.45 | $ 846.78 |
| 4/27/2010 | Port agent fee for shift from Berth 18 to Berth 31 | 1 | $ 350.00 | $ 350.00 | $ 52.50 | $ 402.50 |
| 4/27/2010 | Tugs for move from Berth 18 to Berth 31 JAXPORT | 1 | $ 8,534.15 | $ 8,534.15 | $ 1,280.12 | $ 9,814.27 |
| 4/27/2010 | Line handlers for move from NUSTAR to Berth 18 to Berth 31 JAXPORT | 1 | $ 1,800.00 | $ 1,800.00 | $ 270.00 | $ 2,070.00 |
| 4/27/2010 | Docking pilots for move from 18 to Berth 31 JAXPORT | 1 | $ 1,342.20 | $ 1,342.20 | $ 201.33 | $ 1,543.53 |
| 4/28/2010 | Crew provisions | 1 | $ 2,247.92 | $ 2,247.92 | $ 337.19 | $ 2,585.11 |
| 4/28/2010 | Garbage removal | 1 | $ 427.00 | $ 427.00 | $ 64.05 | $ 491.05 |
| 4/30/2010 | Port agent to draw cash from bank and conduct payday onboard vessel for crew. | 1 | $ 600.00 | $ 600.00 | $ 90.00 | $ 690.00 |

Revised 6/2/2010

**NATIONAL MARITIME SERVICES**
1916 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290 FACSIMILE: (954) 502-9127

| | |
|---|---|
| Date of Charges | 4/16/10-5/11/10 |
| Type of Vessel: | 1958 Motor Tanker |
| Size/NL Stock#: | 680' / 24543 |
| Vessel Name: | S/S Anasazi |

Bill To:

Bunkers International Corp.
C/o Lindsey C. Brock
Rummell, Costabel, Warrington & Brock, LLP
9995 Gateway Parkway
Jacksonville, Fl 32246
904-996-1100, 904-996-1120
Case# 3:10-cv-315

| Date | Description | Qty | | Rate | | Location | | Jacksonville, Fl | | Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30/2010 | Crews wages (net of $18,000.00 advance) | 1 | $ | 114,480.01 | $ | 114,480.01 | | | $ | 114,480.01 |
| 5/6/2010 | Crew member medical treatment, Jeremy Barrow, 3rd Mate, no insurance | 1 | $ | 4,215.40 | $ | 4,215.40 | $ | 632.31 | $ | 4,847.71 |
| 5/6/2010 | Legal services rendered with regard to MARAD's intervention S/S Anasazi arrest; Review various motions regarding intervention; Prepare for and attend Emergency Hearing on intervention and sale. | 6 | $ | 190.00 | $ | 1,140.00 | $ | 171.00 | $ | 1,311.00 |
| 5/6/2010 | Sales commission, 2% of first $600,000, 3% on remaining balance. Vessel sold for $1.2M | 1 | $ | 30,000.00 | $ | 30,000.00 | | | $ | 30,000.00 |
| 5/10/2010 | Water via JAXPORT, invoice dates: 4/21, 4/27, 5/10 | 1 | $ | 929.43 | $ | 929.43 | $ | 139.41 | $ | 1,068.84 |
| 5/10/2010 | Port agent to draw cash from bank and conduct payday onboard vessel for crew. | 1 | $ | 600.00 | $ | 600.00 | $ | 90.00 | $ | 690.00 |
| 5/10/2010 | Crews wages (pay period 5/01-5/10) | 1 | $ | 100,192.00 | $ | 100,192.00 | $ | 15,028.80 | $ | 115,220.80 |
| **SUBTOTAL** | | | | | | | | | $ | 348,599.07 |
| **RECURRING EXPENSES** | | | | | | | | | | |
| 4/16/10-5/11/10 | USCG licensed Watchman | 26 | $ | 425.00 | $ | 11,050.00 | | | $ | 11,050.00 |
| 4/16/10-5/11/10 | Custody fee, $.50 per/ft/day, 678' = $339.00 per/day | 26 | $ | 339.00 | $ | 8,814.00 | | | $ | 8,814.00 |
| 4/17/10-5/10/10 | Dockage at JAXPORT, Dames Point Berth 18 & 31, Tariff - 678' x $11.04 per/ft/=day = $7485.12 per/day. Time of charges starts at 2000, 4/17/10-5/11/10 | 23.75 | $ | 7,485.12 | $ | 177,771.60 | $ | 26,665.74 | $ | 204,437.34 |
| 4/21/10-5/11/10 | Port agent ($200.00 per/day) | 21 | $ | 200.00 | $ | 4,200.00 | $ | 630.00 | $ | 4,830.00 |
| 4/17/10-4/27/10 | Gray's security guard service at Dames Point, (Port requirement) $22.50 per/hr.  4/17/10-4/27/10 | 1 | $ | 5,862.26 | $ | 5,862.26 | $ | 879.34 | $ | 6,741.60 |
| **SUBTOTAL** | | | | | | | | | $ | 235,872.94 |
| **TOTAL** | | | | | | | | | $ | 584,471.01 |

Revised 6/2/2010

**NATIONAL MARITIME SERVICES**
1915 SOUTHWEST 21ST AVENUE
FORT LAUDERDALE, FLORIDA 33312
TELEPHONE: (954) 990-1290 FACSIMILE: (954) 602-9127

| | | |
|---|---|---|
| Date of Charges | 4/16/10-5/11/10 | |
| Type of Vessel: | 1958 Motor Tanker | |
| Size/NL Stock#: | 680' / 24543 | |
| Vessel Name: | S/S Anasazi | |

Bill To:

Bunkers International Corp.
C/o Lindsey C. Brock
Rumrell, Costabel, Warrington & Brock, LLP
9995 Gateway Parkway
Jacksonville, Fl 32246
904-996-1100, 904-996-1120
Case# 3:10-cv-315
Location     Jacksonville, Fl

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PAYMENTS | | | | | | | | |
| 4/19/2010 | Payment by Bunkers International Corp. | 1 | $ | (59,276.12) | | | $ | (59,276.12) |
| 4/29/2010 | Payment by Bunkers International Corp. | 1 | $ | (175,000.00) | | | $ | (175,000.00) |
| 4/29/2010 | Payment by Bunkers International Corp. made directly to JAXPORT. (wire transfer) | 1 | $ | (8,660.44) | | | $ | (8,660.44) |
| 5/5/2010 | Payment by Bunkers International Corp. made directly to JAXPORT. (check) | 1 | $ | (86,339.56) | | | $ | (86,339.56) |
| 6/1/2010 | JAXPORT 7% discount on unpaid balance of invoice (7% of $105,667.23 = $7,396.71 for providing immediate payment by custodian) | 1 | $ | (7,396.71) | | | $ | (7,396.71) |
| BALANCE DUE | | | | | | | $ | 267,796.18 |
| | | | | | | | | |
| | 1.5% finance charge on 30 day past due balance | | | | | | | |

Revised 6/2/2010